IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL LABRUE, JR.,
    Plaintiff,

v.                                    Case No. 08-1264 JTM

GAB ROBINS NORTH AMERICA, INC.,
    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the joint stipulation of dismissal filed by Paul Labrue, Jr., the plaintiff and Gab Robins North America, Inc., the defendant. (Dkt. No. 18).

On August 27, 2008, the plaintiff filed a complaint that contains two counts. (Dkt. No. 1). On December 9, 2008, the plaintiff and the defendant filed a motion indicating they have stipulated and agreed that Count II of plaintiff's complaint is dismissed with prejudice. (Dkt. No. 18).

IT IS ACCORDINGLY ORDERED this 26th day of March, 2009, that Count II of plaintiff's complaint is dismissed consistent with the parties' stipulation (Dkt. No. 18).

                                                s/ J. Thomas Marten
                                                J. THOMAS MARTEN, JUDGE