## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

PAUL LABRUE, JR.,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

GAB ROBINS NORTH AMERICA, INC.,   Case Number: 08-1264-JTM

Defendant.

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed July 29, 2009, that defendant's motion for summary judgment (Dkt. No. 33) is granted.

TIMOTHY M. O'BRIEN, Clerk of Court

<u>July 29, 2009</u>
Date

By <u>   s/S. Smith   </u>
      Deputy Clerk